IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NB MOUNTAIN VALLEY, DST, and | : | Case No. 25-00456-DLB |
| NB MOUNTAIN VALLEY LEASECO, LLC, | : | Case No. 25-00457-DLB |
| | : | |
| Debtors. | : | |
| | : | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Michael A. Shiner, the Chapter 11 Trustee (the "**Trustee**"), on behalf of NB Mountain Valley, DST and NB Mountain Valley Leaseco, LLC (the "**Debtors**") in the above-captioned case, hereby files the Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") in the U.S. Bankruptcy Court for the Northern District of West Virginia (the "**Bankruptcy Court**"). The Trustee, with the assistance of his counsel, prepared the Schedules and SOFA in accordance with Section 521 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

The Trustee signed the Schedules and the SOFA. The Trustee was appointed by this Court by Order dated September 10, 2025. [Doc. No. 111.] In preparing, reviewing, and signing the Schedules and the SOFAS, the Trustee has necessarily relied upon the efforts, statements, advice, and representations of various advisors, personnel, and counsel, including Debtors' counsel and the Receiver. Although the Trustee diligently worked to verify the truth of each statement in the Schedules and SOFAs, subsequent information or discovery may reveal inadvertent errors or omissions therein. For the foregoing reasons, the Trustee (including, for the avoidance of doubt, his agents, counsel, advisors, and personnel, collectively, the "**Disclosing Parties**") cannot and do not guarantee, warrant, or assure the completeness or accuracy of the statements contained in the Schedules and the SOFAs. In no event shall the Disclosing Parties be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to such third party's business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Disclosing Parties are advised of the possibility of such damages. The Trustee expressly does not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. And each party in interest shall be obligated to undertake its own independent due diligence in engaging, transacting, or negotiating with the Debtors in connection with these Cases or otherwise.

1.     <u>Description of Cases.</u> On August 19, 2025 (the "**Petition Date**"), the Debtors commenced the Cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy

Code for the purpose of reorganizing their businesses, as set forth in more fulsome detail in the Declaration of Peter Nelson in Support of Chapter 11 Filings and First-Day Motions [Doc. No. 9] (the "**Nelson Declaration**").

2. <u>Global Notes Control</u>. These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to and comprise an integral part of each of the Debtors' Schedules and Statements as filed by and on behalf of the Trustee and should be referenced in connection with any review thereof. The information provided herein, except as otherwise noted or apparent from context, is reported as of the close of business on the Petition Date.

3. <u>Reservations and Limitations.</u>  Reasonable efforts have been made to prepare and file complete and accurate Schedules and the SOFAs; however, as noted above, inadvertent errors or omissions may exist.  The Trustee expressly reserves all rights to amend and supplement the Schedules, the SOFAs, and any other disclosure which may be required by the Bankruptcy Code and/or Bankruptcy Rules, whether made now or hereafter, as may be necessary or appropriate. Nothing contained in these Global Notes (or the Schedules and the SOFAs submitted herewith) should be construed as a waiver of Trustee's rights or an admission of any kind with respect to the Cases, including, but not limited to, (A) any rights or claims of the Debtors or Trustee against any third party, (B) issues involving (i) substantive consolidation, (ii) equitable subordination, or (iii) causes of action (or defenses thereto) arising under the provisions of Chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers (collectively, "**Avoidance Actions**"), or (C) any rights or claims asserted by a third party against the Debtors or Trustee.  The specific reservations set forth in these Global Notes are not intended, and shall not be construed to comprise, a waiver of the general reservation of rights contained in this paragraph.

a. <u>No Admission.</u>  Nothing contained in the Schedules and the SOFAs is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of Debtors' or Trustee's rights to dispute any claim or assert any cause of action or defense against any party.

b. <u>Recharacterization.</u> Notwithstanding the Trustee's efforts to correctly characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and the SOFA, certain items may have been improperly characterized, classified, categorized, or designated.  The Trustee expressly reserves the right to recharacterize, reclassify, recategorize, or redesignate items reported therein as is necessary and appropriate.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E as "priority," (iii) a claim on Schedule F as "unsecured," (iv) a contract on Schedules A/B or G as "executory," or (v) a lease on Schedules A/B or G as "unexpired" does not constitute an admission by the Debtors or the Trustee of the legal rights of the claimant or contractual counterparty or otherwise act as a waiver of the Trustee's rights to recharacterize or reclassify such claim or contract (including whether any lease is a true lease or a financing arrangement).

c.     Claims Descriptions.    Any failure to designate a claim listed in the Schedules and the SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent," or "unliquidated."   Nor shall such failures be construed as an admission by the Trustee that the Debtors hold no defenses or offsets to such claims.   The Trustee expressly reserves the right to dispute, assert offsets, or raise defenses to any claim or demand against the Debtors or their bankruptcy estate (the "**Estate**").

d.     Some Figures are Estimated.   The preparation of the Schedules and the SOFA required in some instances that the Trustee make reasonable estimates and assumptions with respect to (i) the amounts of assets and liabilities reported in the Schedules and the SOFAs and (ii) the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ or have differed from such estimates, and the Trustee expressly reserves the right to amend or supplement such estimations and assumptions in accordance with applicable law.

e.     Intellectual Property.   Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

f.     Insiders.      The Schedules and the SOFAs require information relating to or regarding Debtors' "insiders" (the "**Insider Disclosures**"). In making these disclosures, the Trustee disclosed information related to the individuals and entities that the Trustee believes meet the definition of "insider" set forth in Section 101(31) of the Bankruptcy Code during the relevant time periods.   Such individuals may no longer serve in such capacities or have an insider relationship with the Debtors, and the Trustee's designation of such individuals or entities as insiders is solely for informational purposes. No person reviewing the Schedules or the SOFAs should rely upon the Insider Disclosures in order to determine the persons in control of the Debtors, Debtors' present managerial and corporate decision-making structure, or the ability of any third party to contest its status as a statutory or non-statutory insider.   If and to the extent that the Trustee learns of other insiders, the Trustee will amend the Insider Disclosures.

g.     Causes of Action.   Despite reasonable efforts, the Trustee may not have identified all of the causes of action (whether filed, threatened, contingent, or potential) against third parties in the Schedules and the SOFAs, including, without limitation, Avoidance Actions. The Trustee expressly reserves his rights with respect to such claims.

h.     Confidential Information.   In accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the law of these Cases, certain confidential information may have been redacted from the Schedules and the SOFA and any document or disclosure made therewith or in conjunction therewith.   Additionally, there may be certain matters known to the Trustee which he is obligated to maintain confidentially pursuant to a non-disclosure agreement, applicable law, or in order to preserve Debtors'

business interests and the Estates. The Trustee has endeavored to complete the Schedules and the SOFAs as fulsomely as possible notwithstanding such limitations, if any.

i.      Duplication.  Because, at this stage, it is impossible for the Trustee to differentiate between the assets, liabilities, and financial affairs of the Debtors, the Schedules and SOFA of each Debtor are duplicative of one another.  After his investigation, the Trustee may amend the Schedules and SOFA to differentiate the assets, liabilities, and financial affairs as necessary.  Additionally, with respect to the Schedules and SOFA of each Debtor, certain assets, liabilities, and financial affairs may be responsive to multiple subsidiary parts of its individual Schedules and SOFA.  To the extent that such disclosures would be duplicative , the Trustee may have elected to disclose such information only once in each Debtor's Schedules and SOFA.  Accordingly, parties in interest are expressly advised to review the Schedules and the SOFA in full when looking for certain information.

4.      Methodology.  Neither the Schedules nor the SOFAs have been prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**").  Although the statements reflected in the Schedules and the SOFA have been made following reasonable efforts to report Debtors' assets and liabilities accurately in accordance with applicable law and procedure, they contain unaudited information that is subject to further review and potential adjustment as set forth in these Global Notes.  No third party should rely exclusively on the information contained in the Schedules and the SOFAs in exercising its business judgment, considering potential transactions with the Debtors and/or other third parties, or otherwise acting to protect its own interests.

a.      Nature and Timing of Valuations.  Except as noted in the Schedules and SOFAS, or otherwise apparent from context, all assets are valued and all liabilities are reported as of the Petition Date in U.S. dollars.  Amounts that could not be determined by the Trustee may be listed as "unknown," "undetermined," or "unliquidated." Such descriptions do not constitute a representation by the Trustee concerning the materiality of such amounts.  All totals that are included in the Schedules and the SOFAs represent totals of all amounts as to which the Trustee has been informed.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

b.      Net Book Value.  Unless otherwise indicated or apparent from context, owned property and equipment are valued at net book value.  Certain other valuations may have been reported as "unknown" where Debtors' books and records did not reflect a net book value, and assets which have been fully depreciated are either omitted or listed with a zero-dollar valuation.  Although fair market values may vary materially from these values, the Trustee contends that requiring him to engage third party valuation experts to apply other valuation methodologies would waste Estate assets.

c.      Allocation of Liabilities.  The Trustee made his best efforts to distinguish between prepetition and post-petition periods in preparing the Schedules and SOFAs.  However, the Trustee has authority pursuant to the law of these Cases to pay certain outstanding obligations (including, among other things, claims of certain employees, tax-related obligations, and certain essential services such as insurance providers and utilities).  Certain claims listed in the Schedules or the SOFAs may have been paid, in whole or in

4

part, during the pendency of these Cases or otherwise.  As additional information becomes available and further claims analysis is completed, the allocation of liabilities between the prepetition and post-petition periods may change. The Trustee reserves all rights to modify, amend, or otherwise supplement the Schedules and the SOFAs or to take other action, such as filing notices of satisfaction, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  The listing of a claim in the Schedules and the SOFAs shall not entitled such claimant to additional recovery to the extent that such claim has been paid, waived, or otherwise become unenforceable pursuant to applicable law (the "**Post-Petition Payments**").

        d.    <u>Setoffs.</u> In their typical course of prepetition dealing with various interested parties, the Debtors may have incurred setoffs, recoupments, or other similar forms of netting mutual obligations arising in law or equity.  Because it would be impracticable and unduly burdensome to document each such setoff to the extent that any have occurred within the applicable reporting periods, the Trustee has not undertaken to independently list each such setoff in the Schedules and SOFAs.  To the extent that a setoff, recoupment, or other similar form of netting mutual obligations occurred before the Petition Date or has occurred since that date, the Trustee expressly reserves all of his rights with respect to such acts, including, without limitation, the protections of Section 362(a)(7) of the Bankruptcy Code.

5.    <u>Trustee's Specific Reservations.</u>

        a.    <u>Schedule A/B.</u>  In preparing Schedules A/B, the Trustee relied upon information provided to him by the Receiver, the current Property Manager, and Debtors' counsel.  The Trustee himself did not personally verify the condition, location, and ownership status of the real or personal property.  The Trustee reserves all rights, after further investigation, to modify, amend, or otherwise supplement these disclosures, and all third parties should conduct their own due diligence in assessing Debtors' property.

        b.    <u>Schedule D – Creditors Who Have Claims Secured by Property.</u>  The Trustee reserves his right his right to dispute or challenge the validity, extent, priority, or perfection any lien purported to be granted or perfected in or against any asset of the Debtors.  Furthermore, the descriptions provided in Schedule D are intended only to be informational.  Reference to the applicable agreements and other related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

        c.    <u>Schedule E/F – Creditors Who Have Unsecured Claims.</u>  The liabilities identified on Schedule E/F are derived from information provided to the Trustee by Receiver, Property Manager, and Debtors' counsel.  In certain instances, unsecured creditors may have accrued multiple independent liabilities, which may or may not have been aggregated in the listed liabilities.  The listing of a claim on Schedule E/F does not constitute an admission that such claim or any portion thereof is entitled to priority status either as a deposit or otherwise, and the Trustee expressly reserves his right to contest the characterization of any such claim.  Furthermore, a given amount listed in Schedule E/F

may or may not reflect any postpetition received by such claimant, the Trustee may not have received notice of all outstanding invoices and claims as of the preparation of Schedules E/F, and threatened litigation may or may not have been listed due to Trustee's inability to investigate those claims to date.

f.      Schedule G – Executory Contract and Unexpired Leases.  In the ordinary course of business, the Debtors, the Receiver, and the Property Manager have entered into numerous agreements with third party vendors.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The description of any contract or lease on Schedule G is solely for information purposes, and such descriptions do not constitute an admission as to the characterization of such contract or lease.  Listing a contract or lease on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or lease was in effect on the Petition Date, or that such contract or lease is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights.  The Trustee has not undertaken to separately identify such rights, powers, duties, and obligations. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Trustee hereby reserves (i) all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G; (ii) all rights to amend or supplement Schedule G as necessary; and (iii) all rights arising under the Bankruptcy Code, applicable law, or the law of these Cases with respect to any contracts or leases.

g.      Statements of Financial Affairs.  The Trustee has not yet had the opportunity to conduct a full investigation into the Debtors' financial affairs.  Therefore, he has responded "Unknown" to many of the inquiries set forth in the Statement of Financial Affairs.  The Trustee believes that a thorough investigation will result in more fulsome responses to questions about the Debtors' prepetition transactions, including any transfers, insider payments or distributions, books and records, and other such information.  Once his investigation is concluded, the Trustee will amend the Statement of Financial Affairs as necessary.

**Fill in this information to identify the case:**

Debtor name  **NB Mountain Valley Leasco, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  **25-00457-DLB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __October 10, 2025__          x  */s/ Michael A. Shiner*
                                          Signature of individual signing on behalf of debtor

                                          Michael A. Shiner
                                          Printed name

                                          Chapter 11 Trustee
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **NB Mountain Valley Leaseco, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) **25-00457-DLB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $    **34,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $    **974,368.52**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    **34,974,368.52**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    **23,668,842.24**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $    **208,959.27**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **527,172.31**

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b      $    **24,404,973.82**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NB Mountain Valley Leaseco, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **25-00457-DLB** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $54,067.65 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Glacier Family of Banks (Operating Account)** | **Checking** | **2553** | $26,217.66 |
| 3.2. | **Glacier Family of Banks (Security Deposits Account)** | **Checking** | **9218** | $13,375.50 |
| 3.3. | **Benchmark Bank (Receiver Account)** | **Checking** | **3721** | $102,566.21 |
| 3.4. | **Benchmark Bank (Security Deposit Account)** | **Checking** | **3739** | $12,374.37 |
| 3.5. | **Benchmark Bank (Operating Account)** | **Checking** | **5072** | $206,854.50 |

4. **Other cash equivalents** *(Identify all)*

Debtor    **NB Mountain Valley Leaseco, LLC**                    Case number (If known)  **25-00457-DLB**
          Name

5.    **Total of Part 1.**                                                                                     | **$415,455.89** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **175,608.26** | - | **0.00** | = .... | **$175,608.26** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **10,856.17** | - | **0.00** | = .... | **$10,856.17** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                                   | **$186,464.43** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Debtor    **NB Mountain Valley Leaseco, LLC**                              Case number *(If known)*  **25-00457-DLB**
          _____
          Name

| 39. | Office furniture | | |
|-----|-----------------|---|---|
| | Office Furniture | Unknown | $4,805.00 |
| | | | |
| | Apartment Furniture | Unknown | $72,978.60 |

| 40. | Office fixtures | | |
|-----|----------------|---|---|
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
| | Office Equipment (Televisions, Computers, Etc.) | Unknown | $1,697.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | Total of Part 7. | | |
|-----|------------------|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | $79,480.60 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|-------------|------------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Ford Transit** | Unknown | | $11,000.00 |
| 47.2.  **Ford E450** | Unknown | | $13,000.00 |
| 47.3.  **Golf Carts (2)** | Unknown | | $240.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Trailer** | Unknown | | $100.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor   **NB Mountain Valley Leaseco, LLC**                                      Case number *(If known)*   **25-00457-DLB**
         Name

| | | | |
|---|---|---|---|
| Fitness Equipment | Unknown | | $20,600.00 |
| Apartment Appliances | Unknown | | $247,833.60 |
| Maintenance Machinery and Tools | Unknown | | $194.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$292,967.60

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1000 Mountain Valley Drive Morgantown, WV 26508** | **Fee simple** | **$0.00** | **Appraisal** | **$34,000,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$34,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor   **NB Mountain Valley Leaseco, LLC**                    Case number *(If known)*  **25-00457-DLB**
         Name

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **NB Mountain Valley Leaseco, LLC**                                      Case number *(If known)*  **25-00457-DLB**
         <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $415,455.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $186,464.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $79,480.60 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $292,967.60 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................> | | $34,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $974,368.52 + 91b. | $34,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $34,974,368.52 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NB Mountain Valley Leaseco, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **25-00457-DLB** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Fannie Mae**<br>Creditor's Name<br><br>**c/o Prudential Multifamily Mortgage LLC**<br>**2100 Ross Avenue, Suite 2500**<br>**Dallas, TX 75201**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**1000 Mountain Valley Drive**<br>**Morgantown, WV  26508**<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,668,842.24** | **$34,000,000.00** |
| **2.2** **NB Mountain Valley, DST**<br>Creditor's Name<br><br>**16B Journey Ste 200**<br>**Aliso Viejo, CA 92656-3317**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All Real and Personal Property of the Debtor**<br><br><br>Describe the lien<br>**UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

Case 5:25-bk-00456    Doc 135    Filed 10/10/25    Entered 10/10/25 19:00:35    Page 16 of 52

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $23,668,842.24

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NB Mountain Valley Leaseco, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **25-00457-DLB** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**16 Sterling Dr**<br>**Bridgeport, WV 26330** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Monongalia County Sheriff's Tax Office** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$23,198.60** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

52895

Case 5:25-bk-00456   Doc 125   Filed 10/10/25   Entered 10/10/25 19:00:35   Page 18 of 52
Case number (if known)   25-00457-DLS

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,205.65 | $0.00 |
|---|---|---|---|---|

**Perry Palmer (Tax Office)**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,555.02 | $0.00 |
|---|---|---|---|---|

**Treasurer of the County of Monongalia**
**243 High Street**
**Morgantown, WV 26505**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**West Virginia Tax Division**
**1001 Lee Street East**
**Charleston, WV 25301**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $53.38 |

**Aidan Napier**

As of the petition filing date, the claim is: *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred   8/20/2024

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,934.02 |
|---|---|---|---|
| | **Altus** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  1/18/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Amber Simmons** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Andrew Allen** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Andy Chu** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,170.40 |
|---|---|---|---|
| | **Apartments.com**<br>2563 Collection Center Drive<br>Chicago, IL 60693 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.00 |
|---|---|---|---|
| | **Ariah Johnson** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  11/4/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Arik Sheets** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

No. 5:25-bk-00456    Doc 125    Filed 10/10/25    Entered 10/10/25 19:00:35    Page 20 of 52

| | | | | |
|---|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$100.00** |
| | **Ashley Pennington** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **12/22/2022** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$36.00** |
| | **Autumn Hill** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **12/13/2023** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$7.36** |
| | **Autumn Taylor** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **8/20/2024** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$100.00** |
| | **Ayyappa Sadguru** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **9/23/2021** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$100.00** |
| | **Bethany Rediger** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **9/1/2021** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$100.00** |
| | **Brayden Ours** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **8/3/2021** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$583.66** |
| | **Breanna Kalar** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | Date(s) debt was incurred  **7/26/2024** | ■ Disputed | | |
| | Last 4 digits of account number  __ | Basis for the claim: __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Brewer & Company of WV**<br>**3601 7th Avenue**<br>**Charleston, WV 25387**<br><br>Date(s) debt was incurred  4/9/2025<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$4,880.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Brittany Victor**<br><br>Date(s) debt was incurred  10/10/2023<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$121.84** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Brodi McCoy**<br><br>Date(s) debt was incurred  8/3/2024<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$100.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Brooke Scheider**<br><br>Date(s) debt was incurred  8/3/2021<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$100.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Brooklyne Hurley**<br><br>Date(s) debt was incurred  8/3/2021<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$70.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Bruceton Powerwashing**<br>**55 Webster Run Drive**<br>**Bruceton Mills, WV 26525**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$15,622.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Calvin Naugle**<br><br>Date(s) debt was incurred  8/4/2021<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$50.00** |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Candis Dancy**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/20/2024
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.97 |
|---|---|---|---|

**Carrie Gillespie**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.36 |
|---|---|---|---|

**Cassidy Myers**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/20/2024
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.96 |
|---|---|---|---|

**Celeste Smith**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Chauncy Pelissier**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  9/1/2021
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Chizhao Yang**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Christopher Heselton**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021
Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor  NB Mountain Valley Leaseco, LLC
Name
No. 5:25-bk-00456    Doc 135    Filed 10/10/25    Entered 10/10/25 19:00:05    Page 23 of
52
Case number (if known) 26-00457-DEB

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Cloey Hawkins**

Date(s) debt was incurred  8/4/2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Cody Pasden**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | $25.00 |
|---|---|---|---|

**Cole Kleppner**

Date(s) debt was incurred  8/3/2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | | $8.34 |
|---|---|---|---|

**Conner Underwood**

Date(s) debt was incurred  8/3/2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Corey Phillips**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Courtney Rutter**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | $774.03 |
|---|---|---|---|

**Cristian Green**

Date(s) debt was incurred  1/16/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.38 |
|---|---|---|---|
| | **Daniel Ferrell** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.26 |
|---|---|---|---|
| | **Danielle Dembrow** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  7/26/2024 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|
| | **Danielle Quimby** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  9/1/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **Derek Kepner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|
| | **Digital Ignite LLC** | ■ Contingent | |
| | **1049 Morrison Drive** | ■ Unliquidated | |
| | **Suite 201** | ■ Disputed | |
| | **Charleston, SC 29403** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|
| | **Donovan Hatchett** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Dylan Jones** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,288.00 |
|---|---|---|---|
| | **Elise A.I. Technologies Corp.**<br>P.O. Box 8084<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.98 |
|---|---|---|---|
| | **Elizabeth Hogan** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/2021 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.60 |
|---|---|---|---|
| | **Emily King** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/2/2024 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.55 |
|---|---|---|---|
| | **Emily Watkins** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/24/2023 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|---|
| | **Emma Martin** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/3/2021 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Ethan Dovan** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/2021 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|
| | **Ethan Shaw** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/2021 | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** | **$7,001.35** |
| | **Foxen Administration, LLC** | |
| | **333 W. Nationwide Blvd.** | |
| | **Columbus, OH 43215** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address** | **$50.00** |
| | **Frankie Roberts** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.53** | **Nonpriority creditor's name and mailing address** | **$68.37** |
| | **Hayley Hoffman** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address** | **$18,718.81** |
| | **HD Supply Facilities Maintenance** | |
| | **P.O. Box 509058** | |
| | **San Diego, CA 92150** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.55** | **Nonpriority creditor's name and mailing address** | **$100.00** |
| | **Holly Cyphert** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/3/2021

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.56** | **Nonpriority creditor's name and mailing address** | **$50.00** |
| | **Izabela Stahl** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | **$60.00** |
| | **Jacie Coleman** | |

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  10/6/2021

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Jack Lizmi** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **8/20/2024** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.90 |
|---|---|---|---|
| | **Jacquelynne Shockey** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **9/1/2021** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Jaden Oney** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **8/3/2021** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **James May** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **9/1/2021** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **James Shope** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **8/20/2024** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **James Travis** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **12/8/2021** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.37 |
|---|---|---|---|
| | **Jami Baker** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred **8/20/2024** | ■ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jamie Devine**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/3/2021**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.56 |
|---|---|---|---|

**Jenna Kahwash**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.98 |
|---|---|---|---|

**Joshuah Bean**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/16/2023**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Kareem Wasef**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/6/2021**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.22 |
|---|---|---|---|

**Kate Belmont**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Katrina Garlitz**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/3/2021**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Kayla Smith**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/4/2021**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

No. 5:25-bk-00456   Doc 125   Filed 10/10/25   Entered 10/10/25 19:00:05   Page 29 of 52

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Kelsey Wright** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Kings III of America, Inc.**<br>**751 Canyon Drive**<br>**Suite 100**<br>**Coppell, TX 75019** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Kristen Mullins** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/20/2024 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Kyle Davy** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.67 |
|---|---|---|---|
| | **Kylie Macchia** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.38 |
|---|---|---|---|
| | **Lacie Minichelli** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.80 |
|---|---|---|---|
| | **Larel Teter** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  8/3/2021 | ■ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Lauran Campbell** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __8/4/2021__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|
| | **Liam Holton** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __8/17/2021__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $642.00 |
|---|---|---|---|
| | **Lindsay Sloan** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __4/4/2023__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Lindsey Long** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __8/20/2024__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Louis Montante** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __7/26/2024__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **Luke Dugan** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __9/1/2021__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.50 |
|---|---|---|---|
| | **Luriza Tandico** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __8/17/2023__ | ■ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Madison Jones**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   8/20/2024

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Marc Vero**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   8/3/2021

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.10 |
|---|---|---|---|

**Mario Selim**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   10/8/2021

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Mason Fischer**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   9/25/2023

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Matthew Dean**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   8/3/2021

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Matthew Hancock**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   8/3/2021

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Matthew Kenyon**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   8/3/2021

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,046.14 |
|---|---|---|---|

**Matthew Komar**

Date(s) debt was incurred   7/26/2024
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.00 |
|---|---|---|---|

**Mckenzie Mullins**

Date(s) debt was incurred   1/16/2025
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Megan Samtmann**

Date(s) debt was incurred   9/1/2021
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Meghan White**

Date(s) debt was incurred   8/4/2021
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.43 |
|---|---|---|---|

**Mena Mansy**

Date(s) debt was incurred   10/6/2021
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Michael Roman**

Date(s) debt was incurred   3/25/2024
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,749.55 |
|---|---|---|---|

**MonPower**
341 White Pond Drive
Akron, OH 44320

Date(s) debt was incurred   _
Last 4 digits of account number   _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Morgan McNear**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,662.03 |
|---|---|---|---|

**Morgantown Utility Board**
278 Greenbag Road
P.O. Box 852
Morgantown, WV 26507

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,174.01 |
|---|---|---|---|

**Mountain State Waste**
P.O. Box 3706
New York, NY 10008

Date(s) debt was incurred  4/30/2025

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,908.00 |
|---|---|---|---|

**MT State Trailer Rental, Inc.**
482 Lower Aaron's Creek Rd.
Morgantown, WV 26508

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,996.57 |
|---|---|---|---|

**Myers Lawn and Land Services**
20 Morgantown Street
Fairchance, PA 15436

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Nathan McFall**

Date(s) debt was incurred  12/21/2021

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,845.24 |
|---|---|---|---|

**Nelson Partners Property Management, Inc**
180 Avenida La Pata
San Clemente, CA 92673

Date(s) debt was incurred  3/13/2024

Last 4 digits of account number  24PR

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,005.62 |
|---|---|---|---|

**Nelson Partners Property Management, Inc**
180 Avenida La Pata
San Clemente, CA 92673

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**Nicholas Gibbs**

Date(s) debt was incurred  8/4/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**Nicholas Gorby**

Date(s) debt was incurred  8/4/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

**Nicholas Marbach**

Date(s) debt was incurred  9/9/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | | $351.56 |
|---|---|---|---|

**Nikita Patel**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Noah Adler**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | | $41.50 |
|---|---|---|---|

**Noah Wright**

Date(s) debt was incurred  8/3/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

No. 5-25-bk-00456   Doc 125   Filed 10/10/25   Entered 10/10/25 19:00:05   Page 35 of 52

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Olivia Borta**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Olivia Weisbeker**

Date(s) debt was incurred  **9/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,756.79 |
|---|---|---|---|

**Opiniion**
300 S 1350 E - FL 3
Lehi, UT 84043

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.33 |
|---|---|---|---|

**Paden Rightsell**

Date(s) debt was incurred  **8/3/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Paige White**

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,234.89 |
|---|---|---|---|

**Panhandle Cleaning & Restoration Inc.**
42 38th Street
Wheeling, WV 26003

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Peter D'Arpa**

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,875.00 |
|---|---|---|---|

**Platinum Cleaning Company, LLC**
**118 Inlet Street**
**Morgantown, WV 26508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,324.80 |
|---|---|---|---|

**PT Cleaning LLC**
**476 Greenwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,124.09 |
|---|---|---|---|

**Quadient Inc. (Parcel Pending)**
**Dept. 3689**
**PO Box 123689**
**Dallas, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.15 |
|---|---|---|---|

**Rachel Casteel**

Date(s) debt was incurred  1/16/2025

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.69 |
|---|---|---|---|

**Raina Morack**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,420.00 |
|---|---|---|---|

**Rent College Pads, Inc.**
**1101 North Market Street**
**Suite 200**
**Milwaukee, WI 53202**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,739.33 |
|---|---|---|---|

**Rentable**
**P.O. Box 7640**
**Madison, WI 53707**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:25-bk-00456  Doc 135  Filed 10/10/25  Entered 10/10/25 19:00:05  Page 37 of 52

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Riley McIlmoyle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Ryan Moore**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Sadi Barr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/26/2024

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**Saylor Atha**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15/2023

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,804.54 |
|---|---|---|---|

**Security Systems of America**
475 Ardmore Boulevard
Pittsburgh, PA 15221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.10 |
|---|---|---|---|

**Shady Rays**
40 Kingbrook Parkway, Suite 1
Simpsonville, KY 40067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.80 |
|---|---|---|---|

**Shawn Gover**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/19/2021

Last 4 digits of account number  __

Basis for the claim:  COMCAST Payment for SLC Office 112021

Is the claim subject to offset? ☐ No ☐ Yes

Case 25-bk-00456    Doc 135    Filed 10/10/25    Entered 10/10/25 19:00:05    Page 38 of 52

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Sierra Corhn**

Date(s) debt was incurred  8/20/2024

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.00 |
|---|---|---|---|

**Sorensen Entity Services LLC**
**1201 Orange Street #7044**
**Wilmington, DE 19801**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Star City Volunteer Fire Department**
**P.O. Box 13895**
**Charleston, WV 25360**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |
|---|---|---|---|

**Touch of Color Flooring, Inc.**
**6303 Allentown Blvd.**
**Harrisburg, PA 17112**

Date(s) debt was incurred  5/12/2021

Last 4 digits of account number  5643

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.00 |
|---|---|---|---|

**Tri State Exterminating LLC**
**P.O. Box 279**
**Dellslow, WV 26531**

Date(s) debt was incurred  8/29/2023

Last 4 digits of account number  3005

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Uloop, Inc.**
**13157 Ludlow Ave.**
**Huntington Woods, MI 48070**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**William Carpenter**

Date(s) debt was incurred  4/5/2024

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.43 |
|---|---|---|---|

**Winstar Marketing**
**12400 W Hwy 71**
**Suite 350-345**
**Austin, TX 78738**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/30/2020**

Basis for the claim: _

Last 4 digits of account number  **3714**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,246.25 |
|---|---|---|---|

**Xfinity**
**P.O. Box 37601**
**Philadelphia, PA 19101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Zachary Nichols**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/20/2024**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.37 |
|---|---|---|---|

**Zachary Smith**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/20/2024**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Zumper, Inc.**
**Dept. 0354**
**P.O. Box 120354**
**Dallas, TX 75312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 208,959.27 |
| 5b. Total claims from Part 2 | 5b. + $ | 527,172.31 |

Case 5:25-bk-00456    Doc 135    Filed 10/10/25    Entered 10/10/25 19:00:35    Page 40 of 52

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $ _____736,131.58

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NB Mountain Valley Leaseco, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **25-00457-DLB** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Data, SecurityEdge, Voice Package** | |
| | State the term remaining | **17 months** | |
| | List the contract number of any government contract | | **Comcast Business** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **List of current tenants available upon request to Trustee.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Current Residential Leases with Tenants** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Trash Services, Roll Off Container Rental** | |
| | State the term remaining | **8 months** | |
| | List the contract number of any government contract | | **Mountain State Waste 364 Patteson Drive #306 Morgantown, WV 26505** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping Services** | |
| | State the term remaining | **Expires October 2025** | |
| | List the contract number of any government contract | | **Myers Lawn and Land Services 20 S Morgantown Street Fairchance, PA 15436** |

Debtor 1 _____NB Mountain Valley Leasco, LLC_____
             First Name    Middle Name    Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant/Landlord Subordination and Assignment Agreement (Master Lease) dated June 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NB Mountain Valley, DST**<br>**16B Journey Ste 200**<br>**Aliso Viejo, CA 92656-3317** |

Debtor name    **NB Mountain Valley Leaseco, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **25-00457-DLB**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1    **NB Mountain Valley, DST** | **1100 Via Callejon Suite A San Clemente, CA 92673** | | **Fannie Mae** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **NB Mountain Valley Leaseco, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **25-00457-DLB**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | Unknown |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | Unknown |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | Unknown |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Case 25-00457-DLB    Doc 195    Filed 10/10/25    Entered 10/10/25 19:38:53    Page 45 of 52

| Creditor's Name and Address | Dates | Total of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **PeakMade** | 7/11/2025 | $36,840.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operational Expenses** |
| 3.2. **PeakMade** | 7/15/2025 | $100,917.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operational Expenses** |
| 3.3. **PeakMade** | 7/25/2025 | $73,348.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operational Expenses** |
| 3.4. **PeakMade** | 7/29/2025 | $98,768.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operational Expenses** |
| 3.5. **PeakMade** | 8/6/2025 | $72,137.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operating Expenses** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Unknown** | | $0.00 | **Trustee is continuing to investigate payments or other transfers made within 1 year prior to the Petition Date.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

NB 25-00457-DLB    Doc 195    Filed 10/10/25    Entered 10/10/25 19:38:53    Page 46 of 52

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Fannie Mae** | | **$0.00** |

| Case title | Court name and address |
|---|---|
| **Fannie Mae v. NB Mtn Valley, DST et al** | **N.D. W.Va.** |
| **Case number** | |
| **Case No 1:25-cv-00028** | |
| **Date of order or assignment** | |
| **May 12, 2025** | |

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Certain damage to property from storms and wind.  The Trustee does not yet have the details regarding such damage/loss and will need to investigate.** | | **Unknown** | **Unknown** |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Unknown** | | **Trustee will continue to investigate.** | **Unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ◼ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ◼ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenants** | **PeakMade, Current Property Manager** | **Security Deposits** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Case 25-00456   Doc 195   Filed 10/10/25   Entered 10/10/25 19:06:03   Page 50 of 52

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Unknown** | **Trustee believes financial information is with prepetition manager, PeakMade, and Receiver.  May be others with information but Trustee needs to investigate further.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Unknown** | **Trustee believes financial information is with prepetition manager, PeakMade, and Receiver.  May be others with information but Trustee needs to investigate further.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Unknown** | **Trustee believes financial information is with prepetition manager, PeakMade, and Receiver.  May be others with information but Trustee needs to investigate further.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Unknown** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

No. 9:25-br-00456   Doc 195   Filed 10/10/25   Entered 10/10/25 19:38:33   Page 51 of 52

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Patrick Nelson | 1100 Via Callejon Suite A San Clemente, CA 92673 | Member/Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☒ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☒ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Unknown | | | Trustee will conduct further investigation. |
|  | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Unknown. | EIN: Trustee will conduct further investigation. |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|
| Unknown. | EIN: Trustee will conduct further investigation. |

No. 9:25-bk-00457    Doc 195    Filed 10/10/25    Entered 10/10/25 19:38:53    Page 52 of 52

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**October 10, 2025**__

__/s/ Michael A. Shiner__                                    __Michael A. Shiner__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Chapter 11 Trustee__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes