IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| NB MOUNTAIN VALLEY, DST, and NB MOUNTAIN VALLEY LEASE CO, LLC, | Case No. 25-00456-DLB (*Jointly Administered*) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I served the **Notice of Rescheduled 341(a) Meeting of the Creditors (Doc #141)** via electronic mail, regular U.S. mail, or facsimile, as indicated, on the parties listed in the Service List attached hereto as **Exhibit A**.

Dated: October 22, 2025                    TUCKER ARENSBERG, P.C.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald, Esq.
*admitted pro hac vice*
PA ID No. 18110
jfitzgerald@tuckerlaw.com
One PPG Place, Suite 1500
Pittsburgh, PA 15222
Office: 412-594-3933
Mobile: 412-559-2987
Fax: 412-594-5619

*Counsel for the Chapter 11 Trustee*

# EXHIBIT A

## SERVICE LIST

| Name | Type of Service | Email | Fax | Address |
|---|---|---|---|---|
| Office of the United States Trustee | Email | Beth.Kavitz@usdoj.gov | | |
| Beth Kavitz, Attorney, Office of U.S. Trustee | | Gary.O.Kinder@usdoj.gov | | |
| Stephen L. Thompson, Esquire | Email | sthompson@barth-thompson.com | | |
| Jeffrey G. Wilhelm | Email | jwilhelm@reedsmith.com | | |
| Jared Roach | | jroach@reedsmith.com | | |
| Michael J. Roeschenthaler | Email | swenrich@raineslaw.com | | |
| Mark A. Lindsay | | mlindsay@raineslaw.com | | |
| Sarah E. Wenrich | | mroeschenthaler@raineslaw.com | | |
| Chris Sorensen | Email | chris@sorensenes.com | | |
| Treasurer of County of Monongalia c/o Bader Giggenback | Email | bader@giggenbachlegal.com | | |
| Chris Neilson | Email | Chris.neilson@trigild.com | | |
| Apartments.com | Email | billing@apartments.com | | |
| Bruceton Powerwashing | Email | bpwash@brucetonpowerwashing.com | | |
| Digital Ignite LLC | Email | info@digital-ignite.com | | |
| Brewer & Company of WV | Fax | | 304-744-4899 | |
| Elise A.I. Technologies Corp | Mail | | | 33 E 33rd St<br>New York, NY 10016 |
| Foxen Administration LLC | Email | status@foxen.com | | |
| HD Supply Facilities Maintenance | Email | creditandcollections@hdsupply.com | | |
| MonPower | Email | MP_interconnection@firstenergycorp.com | | |
| Morgantown Utility Board | Fax | | 304-292-1526 | |
| Trustee – Tammie Alexander | Email | tammie.alexander@steptoe-johnson.com | | |
| MT State Trailer Rental, Inc. | Email | info@mtstatetrailer.com | | |
| Myers Lawn and Land Services | Email | myerslawnandland@yahoo.com | | |
| Nelson Partners Property Management Inc | Email | info@nelsonpartners.com | | |

| | | | |
|---|---|---|---|
| Panhandle Cleaning & Restoration Inc. | Email | info@panhandlecr.com | |
| Platinum Cleaning Company LLC | Mail | | 118 Inlet Street<br>Morgantown, WV 26508 |
| PT Cleaning LLC | Email | ptcleaning@yahoo.com | |
| Quadient Inc | Email | sales.ie@quadient.com | |
| Rent College Pads Inc. | Email | info@rentcollegepads.com | |
| Rentable | Email | info@rentable.com and communications@rentable.com | |
| Security Systems of America | Fax | | 412-244-4907 |
| Xfinity | Email | Arbitration_nod@comcast.com | |
| Office of the Attorney General of West Virginia | Fax | | 304-558-0140 |